

FILED IN OPEN COURT

SEP 2 4 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | UNDER SEAL |
| v. | CRIMINAL NO. 2:25-cr-117 |
| SAAH KINTE MILLS, | 21 U.S.C. § 841(a)(1)<br>Distribute and Possess with Intent to Distribute Fentanyl<br>(Counts 1 through 5) |
| *Defendant.* | 21 U.S.C. § 856(a)(1)<br>Maintaining Drug-Involved Premises<br>(Count 6) |
| | 21 U.S.C. § 853<br>18 U.S.C. § 924(d)<br>Forfeiture |

## INDICTMENT

September 2025 Term - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 6, 2025, at Chesapeake, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWO

On or about February 21, 2025, at Chesapeake, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT THREE

On or about March 7, 2025, at Chesapeake, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT FOUR

On or about March 21, 2025, at Chesapeake, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT FIVE

On or about April 11, 2025, at Portsmouth, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).)

## COUNT SIX

On or about April 11, 2025, at Portsmouth, in the Eastern District of Virginia, the defendant, SAAH KINTE MILLS, did unlawfully and knowingly use and maintain a place, that is, a house on Choate Street, for the purpose of distributing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, SAAH KINTE MILLS, if convicted of any of the violations alleged in this Indictment, as part of the sentencing of the defendant, pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

    a. Any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

    b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

2. The defendant, SAAH KINTE MILLS, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The property subject to forfeiture includes but is not limited to one Taurus PT709 Slim 9mm semiautomatic pistol, and all associated ammunition.

(All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c).)

*United States v. Saah Kinte Mills*
Criminal No. 2:25-cr-117

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov